Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
ANISSA R. BEHNKE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No.: 3:22-cv-00043-MMA-MDD |
| ANISSA R. BEHNKE, | |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| vs. | |
| AMERICAN EXPRESS NATIONAL BANK, | |
| Defendant(s), | Judge: Hon. Michael M. Anello |
| | Magistrate: Hon. Mitchell D. Dembin |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

Plaintiff ANISSA R. BEHNKE ("Plaintiff") hereby voluntarily dismisses all claims against Defendant AMERICAN EXPRESS NATIONAL BANK, only, with prejudice.

In support of said dismissal, Plaintiff avers as follows:

On January 13, 2022, Plaintiff filed the operative Complaint.

As of the date of this Notice, Defendant AMERICAN EXPRESS NATIONAL BANK, has not filed an answer nor a motion for summary judgment, nor a counterclaim.

WHEREAS, Plaintiff now seeks to have all claims against Defendant AMERICAN EXPRESS NATIONAL BANK, only, dismissed with prejudice.

Dated: May 23, 2022,                    By:     */s/ Ahren A. Tiller, Esq.*
                                                ahren.tiller@blc-sd.com

                                                Ahren A. Tiller, Esq.
                                                BLC Law Center, APC
                                                Attorneys for Plaintiff

**PROOF OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Central District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On May 23, 2022, I served the following documents:

1. Voluntary Dismissal

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

- Brian C. Frontino – bfrontino@stroock.com

☒ US Mail: I placed the envelope for collection and mailing with the USPS in a sealed envelope with postage fully prepaid, following our ordinary business practices for collecting and processing mailing, which I am readily familiar with:

- Eddie Lee Holiday III
  1801 NW 66th Ave Ste. 103
  Plantation, FL 33313

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 23, 2022,                    By:     *s/ Ahren A. Tiller*
                                                Email: ahren.tiller@blc-sd.com

                                                Ahren A. Tiller
                                                BLC Law Center, APC
                                                Attorneys for Plaintiff